IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AYKEE HENDERSON, | ) | CASE NO.    1:20 CV 1351 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CUYAHOGA COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to this Court's Memorandum Opinion filed herewith, Defendant's Motion to Dismiss (ECF #6) is granted. This action is dismissed.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Donald C. Nugent
　　　　　　　　　　　　　　　　　　　　　　　　DONALD C. NUGENT
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATED: September 24, 2020